**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Michael H. Wu, et al.

                        Plaintiff,

v.                                         Case No.: 1:14–cv–05392
                                                       Honorable Milton I. Shadur

Prudential Financial, Inc., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 14, 2014:

      MINUTE entry before the Honorable Milton I. Shadur: Status and motion hearing held on 11/14/2014. MOTIONS to dismiss by Citigroup defendants [87], by T. Rowe Price Associates, Inc. [83], by William Blair & Company LLC, LSV Asset Management, Marsico Capital Management LLC [79] and by Prudential defendants [76] are granted. This case is dismissed with prejudice.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.