IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL H. WU** and **CHRISTINE T. WU**, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **PRUDENTIAL FINANCIAL, INC.**, et al., ) <br> ) <br> Defendants. ) | Case No. 14 C 5392 |

## CORRECTION TO MEMORANDUM ORDER

On December 18 this Court issued a brief memorandum order ("Order") that contained an inadvertent typographical error. In its final paragraph the Order stated that the Motion To Reconsider Order of November 14, 2014 recently filed by plaintiffs was continued to 8:45 a.m. March 20, 2015. Although the time of day was correct, the date was not -- it should have read January 20 rather than March 20. This corrected order amends the Order accordingly, and this Court apologizes for any confusion that may have been created by the typographical error.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 19, 2014